JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN BERNSTEIN, | ) | CASE NO.: CV09-08617 DDP (AGRx) |
| | ) | |
| Plaintiff, | ) | **Assigned to: Honorable Dean D. Pregerson** |
| | ) | **Courtroom: 3 - 2nd Floor** |
| | ) | |
| vs. | ) | **Assigned to: Magistrate Alicia G. Rosenberg** |
| | ) | **Courtroom: D - 8th Floor** |
| | ) | |
| CITY OF LOS ANGELES; | ) | **JUDGMENT ON SPECIAL** |
| HUMBERTO FAJARDO, MICHAEL | ) | **VERDICT** |
| FESPERMAN, JOHN | ) | |
| DOERBECKER, JEFF WACO and | ) | |
| DOES 1 through 25, | ) | |
| | ) | |
| Defendants | ) | |

On July 26, 2011, the foregoing matter was called for trial in Courtroom 3 of the United States District Court.  The parties answered ready for Trial. On July 26, 2011, a panel of jurors was called and sworn.

The case was tried to the jury and on August 2, 2011, the case was then submitted to the jury for deliberation.

On August 3, 2011, the jury returned a unanimous verdict as follows:

We, the jury in the above-entitled action, render the following findings of facts as to the issues submitted to us:

1

1    **Question No. 1:**   Was Plaintiff Kevin Bernstein unlawfully arrested for attempted

2    murder without probable cause?

3              YES _____              NO _____✓_____

4         If you answered "yes" please proceed to Question No. 2.  If you answered

5         "no", proceed to Question No. 3.

6

7    **Question No. 2:**   Please place a check mark next to the name of each Defendant who

8    either unlawfully arrested Plaintiff Kevin Bernstein, or caused Plaintiff Kevin

9    Bernstein to be unlawfully arrested.

10                    Defendant Fajardo         _____

11                    Defendant Doerbecker     _____

12                    Defendant Waco            _____

13

14                    Please proceed to Question 3.

15

16   **Question No. 3:**   Did Defendants subject Plaintiff Kevin Bernstein to malicious

17   prosecution?

18              YES _____              NO _____✓_____

19        - If you answered "yes," please proceed to Question No. 4

20        -If you answered "no" to Question No. 3, but answered "yes" to Question

21        NO. 1, please proceed to Question No. 5.

22        -If you answered "No" to both Question Nos. 1 and 3, please sign, date,

23        and return this verdict form.

24

25   **Question No. 4:**   Please place a check mark next to the name of each Defendant who

26   caused the malicious prosecution of Plaintiff Kevin Bernstein.

27

28

1                       Defendant Fajardo         \_\_\_\_

2                       Defendant Doerbecker   \_\_\_\_

3                       Defendant Waco           \_\_\_\_

4

5                       Please proceed to Question 5.

6

7  **Question No. 5**    Did a practice or custom of the City of Los Angeles cause a

8  violation of Kevin Bernstein's constitutional rights?

9

10                    YES _____              NO_____

11

12          If you answered "yes" to Questions 1, 3 or 5, please proceed to Question

13          No. 6. If you answered "no" to Questions 1, 3 and 5, please sign and date

14          this form.

15

16  **Question No. 6:**   Did any conduct about which you answered "yes" above, cause

17  plaintiff Kevin Bernstein to suffer injury or damages?

18

19                    YES _____              NO_____

20

21          If you answered "yes" please proceed to Question No. 7.

22

23  **Question No. 7:**   Please state the total amount of damages you award to plaintiff

24  Kevin Bernstein.

25                    $ _____

26

27                       Please proceed to Question No. 8.

28

**Question No. 8:**    Do you find by a preponderance of the evidence that the conduct of any defendant which caused injury or damage to plaintiff Kevin Bernstein was malicious, oppressive, or in reckless disregard of plaintiff Kevin Bernstein's rights?

            YES _____            NO_____

        If you answered "yes" proceed to Question No. 9.  If you answered "no", please sign and date this form.

**Question No. 9:**    Please place a check mark next to the name of each defendant whose conduct you find to be malicious, oppressive, or in reckless disregard of plaintiff Kevin Bernstein's rights.

            Defendant Fajardo        _____
            Defendant Doerbecker     _____
            Defendant Waco           _____

Dated:  August 3, 2011              REDACTED VERDICT FORM AS TO
                                    FOREPERSON SIGNATURE_____
                                    FOREPERSON

                            ORDER

        Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, **CITY OF LOS ANGELES**, **JOHN DOERBECKER, JEFFREY WACO and HUMBERTO FAJARDO,** and against Plaintiff, **KEVIN BERNSTEIN**, that the Plaintiff take nothing; and that the Defendants **CITY OF LOS ANGELES**, **JOHN DOERBECKER, JEFFREY WACO, and HUMBERTO FAJARDO**, as the

                            4

prevailing parties, shall be entitled to recover their costs reasonably incurred in defense of this action.

Dated: <u>August 4, 2011</u>

Honorable Dean D. Pregerson

United States District Judge